1 MELINDA HAAG (CSBN 132612)
United States Attorney
2 ALEX TSE (CSBN 152348)
Chief, Civil Division
3 JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney
4
150 Almaden Boulevard, Suite 900
5 San Jose, CA 95113
Telephone: (498) 535-5044
6 Facsimile: (408) 535-5081

7 Attorneys for Defendant Martin Gruenberg,
Chairman, Federal Deposit Insurance Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT MICHAEL MILLER, ) | No. C 13-1856 EDL |
| ) | |
| Plaintiff, ) | MODIFIED |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER TO VACATE OR CONTINUE |
| ) | CMC PENDING ADJUDICATION OF |
| SHAYNA OLESIUK, et al., ) | DEFENDANT'S MOTION TO DISMISS |
| ) | |
| Defendants. ) | |

STIPULATION

Defendant Martin Gruenberg, Chairman, Federal Deposit Insurance Corporation ("defendant") and plaintiff Robert Michael Miller ("plaintiff") hereby jointly request the Court to vacate the initial case management conference set for July 23, 2013, and to re-set that conference, as may be necessary and appropriate, after the Court rules on defendant's pending motion to dismiss. The parties request this administrative relief for two reasons:

First, defendant has filed a motion to dismiss the entire action with prejudice. Defendant's motion to dismiss is set for hearing on August 27, 2013. Because the Court's ruling on defendant's pending motion to dismiss will inform and impact case management issues, the parties believe it will be more efficient to hold the initial case management conference once

STIPULATION AND [PROPOSED] ORDER TO VACATE OR CONTINUE CMC
No. C 13-1856 EDL

defendant's motion to dismiss has been resolved.

Second, plaintiff has not yet served the named defendants.

DATED: July 2, 2013         MELINDA HAAG
                            United States Attorney

                            /s/ James A. Scharf
                            _____
                            James A. Scharf
                            Assistant United States Attorney
                            Attorneys for Defendant Gruenberg

DATED: July 2, 2013         /s/ Robert Michael Miller
                            _____
                            Robert Michael Miller
                            Plaintiff

MODIFIED

[PROPOSED] ORDER

Good cause appearing, and pursuant to the stipulation of the parties, the initial case management conference set for July 23, 2013 is ~~vacated, with the conference to be re-set by the Court, as may be necessary and appropriate, after the Court rules on defendant's pending motion to dismiss.~~ continued to September 17, 2013, at 3:00 p.m. A joint Case Management Conference statement shall be filed no later than September 10, 2013.

SO ORDERED

DATED: July 15, 2013        _____
                            Hon. Elizabeth D. Laporte
                            United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte