MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX TSE (CSBN 152348)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (498) 535-5044
Facsimile: (408) 535-5081

Attorneys for Defendant Martin Gruenberg,
Chairman, Federal Deposit Insurance Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT MICHAEL MILLER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHAYNA OLESIUK, et al., ) <br> ) <br> Defendants. ) <br> ) | No. C 13-1856 EDL <br><br> MODIFIED <br> STIPULATION AND [PROPOSED] ORDER TO VACATE OR CONTINUE CMC PENDING ADJUDICATION OF DEFENDANT'S MOTION TO DISMISS |

STIPULATION

Defendant Martin Gruenberg, Chairman, Federal Deposit Insurance Corporation ("defendant") and plaintiff Robert Michael Miller ("plaintiff") hereby jointly request the Court to vacate the initial case management conference set for July 23, 2013, and to re-set that conference, as may be necessary and appropriate, after the Court rules on defendant's pending motion to dismiss. The parties request this administrative relief for two reasons:

First, defendant has filed a motion to dismiss the entire action with prejudice. Defendant's motion to dismiss is set for hearing on August 27, 2013. Because the Court's ruling on defendant's pending motion to dismiss will inform and impact case management issues, the parties believe it will be more efficient to hold the initial case management conference once

STIPULATION AND [PROPOSED] ORDER TO VACATE OR CONTINUE CMC
No. C 13-1856 EDL

defendant's motion to dismiss has been resolved.

Second, plaintiff has not yet served the named defendants.

DATED: July 2, 2013          MELINDA HAAG
                             United States Attorney

                             /s/ James A. Scharf
                             James A. Scharf
                             Assistant United States Attorney
                             Attorneys for Defendant Gruenberg

DATED: July 2, 2013          /s/ Robert Michael Miller
                             Robert Michael Miller
                             Plaintiff

MODIFIED
[PROPOSED] ORDER

Good cause appearing, and pursuant to the stipulation of the parties, the initial case management conference set for July 23, 2013 is ~~vacated, with the conference to be re-set by the Court, as may be necessary and appropriate, after the Court rules on defendant's pending motion to dismiss.~~ continued to September 17, 2013, at 3:00 p.m. A joint Case Management Conference statement shall be filed no later than September 10, 2013.

SO ORDERED

DATED: July 15, 2013         _____
                             Hon. Elizabeth D. Laporte
                             United States Magistrate Judge

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Elizabeth D. Laporte]