IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL MILLER,<br><br>    Plaintiff,<br><br>  v.<br><br>SHAYNA OLESIUK ET AL,<br><br>    Defendant.                      / | No. C -13-01856(EDL)<br><br>**ORDER** |

On July 22, 2013, Plaintiff, who is pro se, filed an ex parte motion to extend time to oppose the motion to dismiss filed by Defendant Gruenberg. Docket No. 23. The current deadline for Plaintiff's opposition is July 24, 2013, with the motion set for hearing on August 27, 2013. Plaintiff requests that the opposition deadline be moved to August 5, 2013. Defendant Gruenberg does not oppose this request. It is HEREBY ordered that Plaintiff shall respond to the motion to dismiss no later than August 6, 2013, and Defendant Gruenberg shall file his reply no later than August 13, 2013. The hearing will remain on August 27, 2013.

**IT IS SO ORDERED.**

Dated: July 23, 2013

                                                  ELIZABETH D. LAPORTE
                                                  Chief United States Magistrate Judge